CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 14 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

GLENDA D. WHITE, )
)
      Plaintiff, )
)
v. ) Case No.: 7:08cv309-mfu
)
CONTINENTAL CASUALTY COMPANY, )
)
      Defendant. )

## CONSENT ORDER

Upon motion of the Defendant Continental Casualty Company, by its counsel, and by the agreement of Plaintiff, by her counsel, and for good cause shown, it is hereby

ORDERED that the briefing schedule established in the Court's May 9, 2008 Scheduling Order is hereby amended such that Plaintiff's brief in support of her motion for summary judgment is due on September 23, 2008; Defendant's response brief is due on October 8, 2008; and Plaintiff's reply brief is due on October 17, 2008.

ENTER: 7 / 14 / 08

_____
Judge